## IN THE SUPREME COURT OF THE STATE OF NEVADA

SHINING SAND AVE TRUST,
                    Appellant,

vs.

ESTATE OF RICHARD STONESIFER, F/K/A RICHARD VINCENT STONESIFER, AN INDIVIDUAL; AND FLAGSTAR BANK, A FEDERAL SAVINGS BANK,
                    Respondents.

No. 76082

**FILED**

FEB 21 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

### *ORDER DISMISSING APPEAL*

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:    Hon. Kerry Louise Earley, District Judge
       John Walter Boyer, Settlement Judge
       Kerry P. Faughnan
       Dickinson Wright PLLC
       Legal Aid Center of Southern Nevada, Inc.
       Eighth District Court Clerk

